JAMES E. BELLEMARE *v.* GENERAL
DYNAMICS CORPORATION
(5330)

DUPONT, C. J., SPALLONE and STOUGHTON, Js.

Argued October 15—decision released October 26, 1987

*James E. Bellemare,* pro se, the appellant (plaintiff).

*Alexandra Davis,* with whom was *Arthur G. Telegen,* for the appellee (defendant).

PER CURIAM. After a plenary examination of the record, transcripts and briefs filed in this matter, and after having afforded those claims of error, which are *properly before this court,* the appropriate scope of review, we conclude that there is no merit to the plaintiff's averments of error.

This case is controlled by *Gionfrido* v. *Wharf Realty, Inc.,* 193 Conn. 28, 32–33, 474 A.2d 787 (1984), *In re Mongillo,* 190 Conn. 686, 690–91, 461 A.2d 1387 (1983), and *Rodriguez* v. *Mallory Battery Co.,* 188 Conn. 145, 151, 448 A.2d 829 (1982).

There is no error.